# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1561
LT Case No. 2015-CF-002531-A

_____

ROBERT CYRUS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melanie Chase, Judge.

Robert Lee Cyrus,  Daytona Beach, pro se.

Ashley Moody, Attorney General,   Tallahassee, and Daniel
Caldwell, Assistant Attorney General, Daytona Beach,   for
Appellee.

August 15, 2023

PER CURIAM.

AFFIRMED.

JAY, HARRIS, and MACIVER, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————